UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:
08-21374-CIV-MORENO**

THOMAS STREPPONE,

    Plaintiff,

vs.

JOSHUA FAYETTE, *et al.,*

    Defendant.

_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING THE CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 3)** on **May 19, 2008**. The Court has reviewed the entire file and record. The Court has made a de novo review of the issues that the Complaint and the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge White's Report and Recommendation **(D.E. No. 3)** on **May 19, 2008** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    Plaintiff's case shall be **DISMISSED** for failure to state a claim upon which relief can be granted under 28 U.S.C. § 1915(e)(2)(B)(ii); and

(2)    This case is closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of May, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

-2-

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel of Record